IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0194
 ((((((((((((((((

 EMZY T. BARKER, III AND AVA BARKER D/B/A BRUSHY CREEK BRAHMAN CENTER AND
 BRUSHY CREEK CUSTOM SIRES

 v.

 WALTER W. ECKMAN, INDIVIDUALLY AND AS NOMINEE AND TRUSTEE, ECKMAN, INC.,
 AND LARRY ECKMAN

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Emzy T. Barker, III and
Ava Barker d/b/a Brushy Creek Brahman Center and Brushy Creek Custom Sires,
filed with this Court on May 26, 2004, this case is ABATED. Tex. R. App.
P. 8.2.
 2. The petitions are removed from the Court's active docket and
shall be treated as closed, subject to reinstatement upon proper motion.
Tex. R. App. P. 8.3. All motions and other documents pending or filed are
abated subject to being reargued in the event the petitions are reinstated.
Tex. R. App. P. 8.2 and 8.3. It is the parties' responsibility to
immediately notify this Court if the automatic bankruptcy stay is lifted.
 Done at the City of Austin, this 4th day of June 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk